# EXHIBIT B



February 15, 2019

Cody Blair,

It has come to our attention that the severance calculation in your Release and Separation Agreement may be incorrect. Enclosed is a correct severance calculation in accordance with Lowe's Severance Pay Plan.

We apologize for the inconvenience.

Lowe's HR Service Center