# Return of Service

**Person/Entity being served :** Lowe's Home Center, LLC

**Case Number/Job Number** 1:19-cv-03209-NYW          Date: 11/15/19  Time: 2:40 PM

Process Service made by **Elbert Lawrence**          Title: **Process Server**

Check one box below to indicate appropriate method of Service

[x] Served personally, Debbie Fylak, who is designated to accept service for Corporation Services Company, as registered agent authorized to accept service for Lowe's Home Center, LLC

Place where served: 2626 Glenwood Avenue, suite 550, Raleigh, NC 27608

Documents Served:
1. CONSENT/NON-CONSENT TO THE EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE IN DIRECT ASSIGNMENT CASES
2. CIVIL COVER SHEET
3. CLASS ACTION COMPLAINT AND JURY DEMAND
4. EXHIBIT B
5. SUMMONS IN A CIVIL ACTION
6. EXHIBIT A

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that Statements contained in the Returns of Service Document are true and correct. At the time of service I was at least 18 years of age and not a party to this action.

Executed on 11/15/19          _[signature]_
        Date                Signature of Server
                            6624 Speight Circle, Raleigh, NC

Acknowledged before me this 15 day of November, 20 19

Notary _[signature]_

_[Notary seal: Karen Lawrence, NOTARY PUBLIC, Wake County, NC, My Comm. Exp. 06/28/20]_