IN THE UNITED STATES DISTRICT COURT;
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE NINA Y. WANG**

| | | | |
|---|---|---|---|
| Civil Action: | 19-cv-03209-CMA-NYW | Date: February 10, 2020 | |
| Courtroom Deputy: | Brandy Wilkins | FTR: NYW COURTROOM A-1002* | |

| Parties | Attorney(s) |
|---|---|
| CODY BLAIR,<br>LISA BRANCH,<br><br>**Plaintiffs,**<br><br>v.<br><br>LOWE'S HOME CENTERS, LLC,<br><br>**Defendant.** | *Taylor T. Smith*<br><br><br><br><br><br>*Michael S. Beaver*<br>*Robert M. Thomas* |

**COURTROOM MINUTES/MINUTE ORDER**

**SCHEDULING/STATUS CONFERENCE**

Court in Session: 10:32 a.m.

Appearance of counsel.

Parties indicate that they are participating in early settlement discussions and request two weeks to determine if they may be successful.

The court converts the Scheduling Conference to a Status Conference,

**ORDERED: The Scheduling Conference is RESET to March 4, 2020, at 11:00 a.m. in Courtroom A-502 before Magistrate Judge Nina Y. Wang. The parties shall submit their proposed amended scheduling order, including a copy of the proposed order in Word format sent via email to Wang_Chambers@cod.uscourts.gov, or a Joint Status Report setting forth their respective positions regarding the order of class certification versus merits discovery, on or before February 26, 2020.**

Court in Recess:  10:43 a.m.          Hearing concluded.          Total time in Court: 00:11

*To order transcripts of hearings, please contact either AB Court Reporting & Video, Inc. at (303) 629-8534 OR Patterson Transcription Company at (303) 755-4536.