IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 19-cv-03209-CMA-NYW

CODY BLAIR, *individually and on behalf of all others similarly situated*, and
LISA BRANCH, *individually and on behalf of all others similarly situated*,

    Plaintiffs,

v.

LOWE'S HOME CENTERS, LLC, *a North Carolina limited liability company*,

    Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER is before the Court on the parties' Stipulation for Dismissal with Prejudice (Doc. # 30). The Court having reviewed the file and being fully advised in the premises, hereby

ORDERS that this action be DISMISSED WITH PREJUDICE, each party to pay her or its own costs and attorneys' fees.

DATED: April 28, 2020

                                        BY THE COURT:

                                        */s/ Christine M. Arguello*
                                        CHRISTINE M. ARGUELLO
                                        United States District Judge